UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14035-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

VINCENT B. SNYDER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on March 20, 2008. A Report and Recommendation was filed on March 27, 2008, recommending payment in the amount of $8,021.95 as to voucher number FLS071409 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted in part. Payment in the amount of $9,621.15 is approved.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of April, 2008.

          _____
          DONALD L. GRAHAM
          UNITED STATES DISTRICT JUDGE

Copied: Randee Golder, Esq.